**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TRUTH, an unincorporated
association; SARICE UNDIS, a
minor, by and through her father,
LARRY UNDIS; JULIANNE STEWART, a
minor, by and through her parents,
PAUL and ANNA STEWART,
          *Plaintiffs-Appellants,*

v.

KENT SCHOOL DISTRICT; BARBARA
GROHE, Superintendent of Kent
School District; MIKE ALBRECHT,
Principal of Kentridge High
School; ERIC ANDERSON, Assistant
Principal of Kentridge High
School, in their official capacities,
          *Defendants-Appellees.*

No. 04-35876

D.C. No.
CV-03-00785-MJP
Western District of
Washington,
Seattle

ORDER

Filed December 22, 2008

Before: J. Clifford Wallace, Kim McLane Wardlaw, and
Raymond C. Fisher, Circuit Judges.

---

## ORDER

The order denying the petition for rehearing and suggestion
for rehearing en banc in this case, filed on November 17,
2008, along with the separate concurrence of Judge Fisher and
Judge Wardlaw, and the dissent by Judge Bea, are all desig-
nated for publication.

16605

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO
———————

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.